DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY S. BENTRIM,**
Appellant,

v.

**ANGELA A. BENTRIM,**
Appellee.

No. 4D20-586

[January 28, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward Garrison and Renatha Francis, Judges; L.T. Case No. 50-2007-DR-008773-XXXX-MB.

Robert M. Lewis of the Law Office of Robert M. Lewis, LLC, Jupiter, for appellant.

Angela A. Bentrim, Loxahatchee, pro se.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***